## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   **Marilyn D. Go**            DATE: **12/9/16**

DOCKET NUMBER:   **16CR608(NGG)**            LOG #: **3:32 – 4:00**

DEFENDANT'S NAME:   **Roland Bedwell**
✓ Present   ___ Not Present      ✓ Custody   ___ Bail

DEFENSE COUNSEL:   **Vito Palmieri**
___ Federal Defender   ___ CJA      ✓ Retained

A.U.S.A:   **Nadia Shihata**            CLERK:   **Felix Chin**

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held.   ✓ Defendant's first appearance.

  ✓ Bond set at **$250,000**.  Defendant ✓ released ___ held pending satisfaction of bond conditions.

  ✓ Defendant advised of bond conditions set by the Court and signed the bond.

  **2** Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

  ___ (Additional) surety/ies to co-sign bond by _____

  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start **12/9/16** Stop **12/28/16**

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for **12/28/16** @ **11:00** before Judge **Garaufis**

Other Rulings: _____
_____
_____
_____